UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
NECA-IBEW PENSION FUND (THE DECATUR
PLAN), GEORGE BACIU AND BRIAN C. GORDON,
on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

                                                ORDER
          -against-                             05-CV-5209(JS)(ETB)

DHB INDUSTRIES, INC., DAVID H. BROOKS,
TERRY BROOKS, DAVID BROOKS INTERNATIONAL
INC., ANDREW BROOKS INTERNATIONAL INC.,
ELIZABETH BROOKS INTERNATIONAL INC.,
SANDRA HATFIELD, DAWN M. SCHLEGEL, CARY
CHASIN, JEROME KRANTZ, GARY NADELMAN and
BARRY BERKMAN,

                    Defendants.
------------------------------------x
APPEARANCES:
For Plaintiffs:             Samuel H. Rudman, Esq.
                           William S. Lerach, Esq.
                           Lerach Coughlin Stoia Geller Rudman &
                           Robbins LLP
                           200 Broadhollow Road, Suite 406
                           Melville, New York 11747

                           Bruce G. Murphy, Esq.
                           Law Offices of Bruce G. Murphy
                           265 Llwyds Lane
                           Vero Beach, Florida 32963

For Defendants
David H. Brooks,
Sandra Hatfield,
Dawn M. Schlegel:          Christopher Neil Gray, Esq.
                           Milbank Tweed Hadley & McCloy LLP
                           One Chase Manhattan Plaza
                           New York, New York 10005

For Defendants
DHB Industries Inc.,
David Brooks International Inc.,
Andrew Brooks International Inc.,
Elizabeth Brooks International Inc.,
Cary Chasin,

Jerome Krantz,
Gary Nadelman,
and Barry Berkman:          No Appearance


-----------------------------------------x
THOMAS HUSTON, derivatively on behalf of
DHB Industries, Inc.,

                    Plaintiff,
                                              ORDER
          -against-                          05-CV-4345(JS)(ETB)

DHB INDUSTRIES, INC., as a nominal
defendant, DAVID H. BROOKS,  SANDRA
HATFIELD, DAWN M. SCHLEGEL, JEROME
KRANTZ, GARY NADELMAN, CARY CHASIN,
BARRY BERKMAN, and LARRY ELLIS,

                    Defendants.
-----------------------------------------x
APPEARANCES:
For Plaintiffs:          Harry H. Wise, III, Esq.
                         Thomas G. Anon, Esq.
                         Law Offices of Thomas G. Anon
                         500 Fifth Avenue, Suite 1650
                         New York, New York 10110


For Defendants
David H. Brooks,
Sandra Hatfield,
Dawn M. Schlegel:        Christopher Neil Gray, Esq.
                         Milbank Tweed Hadley & McCloy LLP
                         One Chase Manhattan Plaza
                         New York, New York 10005


For Defendants
DHB Industries Inc.:     Matthew T. McLaughlin, Esq.
                         Venable LLP
                         405 Lexington Avenue, 62nd Floor
                         New York, New York 10174

Cary Chasin, Jerome
Krantz, Gary Nadelman,
Barry Berkman, and
Larry Ellis:             No Appearance

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge E. Thomas Boyle, dated January 9, 2006, to which no party has objected,[1] the Court hereby ADOPTS the Report and Recommendation in its entirety.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     Central Islip, New York
           January  31 , 2006

---

[1] As no party has filed objections to the Report and Recommendation, all objections are hereby deemed to have been waived.  See 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72; Beverly v. Walker, 118 F.3d 900, 902 (2d Cir. 1997); Savoie v. Merchants Bank, 84 F.3d 52, 60 (2d Cir. 1996).