```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

In re DHB INDUSTRIES, INC. CLASS ACTION
LITIGATION

NECA-IBEW PENSION FUND (THE DECATUR
PLAN), RS HOLDINGS GROUP, Lead Plaintiffs,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,
                                                    MEMORANDUM & ORDER
        -against-                                   05-CV-4296(JS)(ETB)

DHB INDUSTRIES, INC., DAVID H. BROOKS,
TERRY BROOKS, DAVID BROOKS INTERNATIONAL
INC., ANDREW BROOKS INTERNATIONAL INC.,
ELIZABETH BROOKS INTERNATIONAL INC.,
SANDRA HATFIELD, DAWN M. SCHLEGEL, CARY
CHASIN, JEROME KRANTZ, GARY NADELMAN and
BARRY BERKMAN,

                Defendants.
----------------------------------------x

In re DHB INDUSTRIES, INC. DERIVATIVE
LITIGATION

THOMAS HUSTON, derivatively on behalf of
DHB Industries, Inc.,

                Plaintiff,
                                                    ORDER
        -against-                                   05-CV-4345(JS)(ETB)

DHB INDUSTRIES, INC., as a nominal
defendant, DAVID H. BROOKS,  SANDRA
HATFIELD, DAWN M. SCHLEGEL, JEROME
KRANTZ, GARY NADELMAN, CARY CHASIN,
BARRY BERKMAN, and LARRY ELLIS,

                Defendants.
----------------------------------------x

In re DHB INDUSTRIES, INC. DERIVATIVE
LITIGATION

ROBERT PUCEK, individually and on behalf
of all others stituated,
```

```
                    Plaintiff,
                                              ORDER
          -against-                           05-CV-4331(JS)(ETB)

DHB INDUSTRIES, INC., as a nominal
defendant, DAVID H. BROOKS, SANDRA
HATFIELD, and DAWN M. SCHLEGEL,

               Defendants.
----------------------------------------x
```

Appearances:

For Plaintiffs In
Putative Class Action:      Lynda J. Grant, Esq.
                            Christopher J. Keller, Esq.
                            Nicole M. Zeiss, Esq.
                            Labaton, Sucharow & Rudoff LLP
                            100 Park Avenue, 12th Floor
                            New York, New York 10017-5563

                            William S. Lerach, Esq.
                            Keith F. Park, Esq.
                            Thomas G. Wilhelm, Esq.
                            Lerach Coughlin Stoia Geller Rudman &
                            Robbins LLP
                            655 W. Broadway, Suite 1900
                            San Diego, CA 92101

                            Samuel Rudman, Esq.
                            Lerach Coughlin Stoia Geller
                            Rudman & Robbins LLP
                            58 South Service Road, Suite 200
                            Melville, New York 11747

For Plaintiffs In
Derivative Action:          Thomas Amon, Esq.
                            Law Offices of Thomas Amon
                            500 Fifth Avenue, Suite 1650
                            New York, New York 10110

                            Brian Robbins, Esq.
                            Robbins, Umeda & Fink LLP
                            610 West Ash Street, Suite 1800
                            San Diego, California 92101

For Intervenor
Plaintiff, Lena Bedik:      Kim Elaine Miller, Esq.
                            Kahn Gauthier Swick, LLC
                            114 E. 39th Street

```
                                    New York, New York 10016

For Defendants:
David H. Brooks:            Christopher Neil Gray, Esq.
                            George S. Cannellos, Esq.
                            Milbank Tweed Hadley & McCloy LLP
                            One Chase Manhattan Plaza
                            New York, New York 10005

                            John F. Sylvia, Esq.
                            Adam L. Sisitsky, Esq.
                            Jerome Gotkin, Esq.
                            Robert Popeo, Esq.
                            Mintz Levin Cohn Ferris Glovsky & Popeo
                            PC
                            One Financial Center
                            Boston, Massachusetts 02111

                            Jerome Gotkin, Esq.
                            Mintz Levin
                            666 Third Avenue
                            New York, New York 10017

For Sandra Hatfield:        Christopher Neil Gray, Esq.
                            George S. Cannellos, Esq.
                            Milbank Tweed Hadley & McCloy LLP
                            One Chase Manhattan Plaza
                            New York, New York 10005

                            Roland G. Riopelle, Esq.
                            Sercarz & Riopelle, LLP
                            152 W. 57th Street, 24th Floor
                            New York, New York 10019

For Dawn M. Schlegel,
Larry Ellis:                Christopher Neil Gray, Esq.
                            George S. Cannellos, Esq.
                            Milbank Tweed Hadley & McCloy LLP
                            One Chase Manhattan Plaza
                            New York, New York 10005

                            Michael S. Kim, Esq.
                            Kobre & Kim
                            888 Seventh Avenue
                            New York, New York 10019

For Jerome Krantz,
Gary Nadelman, Cary
Chasin, Barry Berkman:      Mark Holland, Esq.
```

```
                         Mary K. Dulka, Esq.
                         Clifford Chance US LLP
                         31 W. 52nd Street
                         New York, New York 10019

For DHB Industries, Inc.:David Paul Kasakove, Esq.
                         Bryan Cave LLP
                         1290 Avenue of the Americas
                         New York, New York 10104

                         Leigh Michele Nemetz, Esq.
                         Richard B. Harper, Esq.
                         R. Stan Mortenson, Esq.
                         Seth T. Taube, Esq.
                         Baker Botts, LLP
                         30 Rockefeller Plaza
                         New York, New York 10112

For Andrew Brooks
International Inc.,
Terry Brooks, David
Brooks International,
Inc., Elizabeth Brooks
International, Inc.:     George S. Cannellos, Esq.
                         Milbank Tweed Hadley & McCloy LLP
                         One Chase Manhattan Plaza
                         New York, New York 10005
```

Pending before the Court are three motions: (1) a motion for protective order brought by Defendant Dawn M. Schlegel (docket entry # 109 in matter 05-4296) (2) a motion to strike the Amended Complaint brought by Defendant David H. Brooks (docket entry # 119 in matter 05-4296), (3) and an identical motion to strike brought by Defendant David H. Brooks (docket entry # 40 filed in matter 05-4331).

At two status conferences, Defendants represented to Magistrate Judge E. Thomas Boyle that the motions should be held in abeyance while the parties underwent settlement negotiations. This Court conducted a hearing for preliminary approval of settlement on

4

January 19, 2007. At this hearing, the parties represented to the Court that any motions to dismiss were withdrawn without prejudice. On March 13, 2007, Lead Plaintiffs filed another motion for settlement.

In light of the foregoing, the Court deems the above-stated three motions - the motion for protective order and the two identical motions to strike in matters 05-4296 and 05-4331 - deemed withdrawn without prejudice. Should the matters fail to settle, the parties are given leave to re-file these motions.

The Court also notes that the parties continue to file documents in matter 05-CV-4331. The parties should only file documents in two matters: the first being 05-4296 as the lead case for the class action and the second being 05-4345 as the lead case for the derivative action. The parties should no longer file documents in matter 05-CV-4331 or any other related matters. The Clerk of the Court is ordered to administratively close matter with docket number 05-CV-4331.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
       March  26 , 2007