```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

In re DHB INDUSTRIES, INC. CLASS ACTION
LITIGATION

NECA-IBEW PENSION FUND (THE DECATUR
PLAN), RS HOLDINGS GROUP, Lead Plaintiffs,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,
                                                   MEMORANDUM & ORDER
        -against-                                  05-CV-4296(JS)(ETB)

DHB INDUSTRIES, INC., DAVID H. BROOKS,
TERRY BROOKS, DAVID BROOKS INTERNATIONAL
INC., ANDREW BROOKS INTERNATIONAL INC.,
ELIZABETH BROOKS INTERNATIONAL INC.,
SANDRA HATFIELD, DAWN M. SCHLEGEL, CARY
CHASIN, JEROME KRANTZ, GARY NADELMAN and
BARRY BERKMAN,

                Defendants.
----------------------------------------x

In re DHB INDUSTRIES, INC. DERIVATIVE
LITIGATION

THOMAS HUSTON, derivatively on behalf of
DHB Industries, Inc.,

                Plaintiff,
                                                   ORDER
        -against-                                  05-CV-4345(JS)(ETB)

DHB INDUSTRIES, INC., as a nominal
defendant, DAVID H. BROOKS,  SANDRA
HATFIELD, DAWN M. SCHLEGEL, JEROME
KRANTZ, GARY NADELMAN, CARY CHASIN,
BARRY BERKMAN, and LARRY ELLIS,

                Defendants.
----------------------------------------x

In re DHB INDUSTRIES, INC. DERIVATIVE
LITIGATION

ROBERT PUCEK, individually and on behalf
of all others stituated,
```

```
                        Plaintiff,
                                                ORDER
        -against-                                05-CV-4331(JS)(ETB)

DHB INDUSTRIES, INC., as a nominal
defendant, DAVID H. BROOKS, SANDRA
HATFIELD, and DAWN M. SCHLEGEL,

                        Defendants.
----------------------------------------x
```

Appearances:

For Plaintiffs In
Putative Class Action:    Lynda J. Grant, Esq.
                          Christopher J. Keller, Esq.
                          Nicole M. Zeiss, Esq.
                          Labaton, Sucharow & Rudoff LLP
                          100 Park Avenue, 12th Floor
                          New York, New York 10017-5563

                          William S. Lerach, Esq.
                          Keith F. Park, Esq.
                          Thomas G. Wilhelm, Esq.
                          Lerach Coughlin Stoia Geller Rudman &
                          Robbins LLP
                          655 W. Broadway, Suite 1900
                          San Diego, CA 92101

                          Samuel Rudman, Esq.
                          Lerach Coughlin Stoia Geller
                          Rudman & Robbins LLP
                          58 South Service Road, Suite 200
                          Melville, New York 11747

For Plaintiffs In
Derivative Action:        Thomas Amon, Esq.
                          Law Offices of Thomas Amon
                          500 Fifth Avenue, Suite 1650
                          New York, New York 10110

                          Brian Robbins, Esq.
                          Robbins, Umeda & Fink LLP
                          610 West Ash Street, Suite 1800
                          San Diego, California 92101

For Intervenor
Plaintiff, Lena Bedik:    Kim Elaine Miller, Esq.
                          Kahn Gauthier Swick, LLC
                          114 E. 39th Street

|                         | New York, New York 10016                                                                                                                                             |
|-------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| For Defendants:         |                                                                                                                                                                      |
| David H. Brooks:        | Christopher Neil Gray, Esq.<br>George S. Cannellos, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005                |
|                         | John F. Sylvia, Esq.<br>Adam L. Sisitsky, Esq.<br>Jerome Gotkin, Esq.<br>Robert Popeo, Esq.<br>Mintz Levin Cohn Ferris Glovsky & Popeo PC<br>One Financial Center<br>Boston, Massachusetts 02111 |
|                         | Jerome Gotkin, Esq.<br>Mintz Levin<br>666 Third Avenue<br>New York, New York 10017                                                                                    |
| For Sandra Hatfield:    | Christopher Neil Gray, Esq.<br>George S. Cannellos, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005                |
|                         | Roland G. Riopelle, Esq.<br>Sercarz & Riopelle, LLP<br>152 W. 57th Street, 24th Floor<br>New York, New York 10019                                                     |
| For Dawn M. Schlegel, Larry Ellis: | Christopher Neil Gray, Esq.<br>George S. Cannellos, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005     |
|                         | Michael S. Kim, Esq.<br>Kobre & Kim<br>888 Seventh Avenue<br>New York, New York 10019                                                                                 |
| For Jerome Krantz, Gary Nadelman, Cary Chasin, Barry Berkman: | Mark Holland, Esq.                                                                                                                     |

```
                    Mary K. Dulka, Esq.
                    Clifford Chance US LLP
                    31 W. 52nd Street
                    New York, New York 10019

For DHB Industries, Inc.:David Paul Kasakove, Esq.
                    Bryan Cave LLP
                    1290 Avenue of the Americas
                    New York, New York 10104

                    Leigh Michele Nemetz, Esq.
                    Richard B. Harper, Esq.
                    R. Stan Mortenson, Esq.
                    Seth T. Taube, Esq.
                    Baker Botts, LLP
                    30 Rockefeller Plaza
                    New York, New York 10112

For Andrew Brooks
International Inc.,
Terry Brooks, David
Brooks International,
Inc., Elizabeth Brooks
International, Inc.:     George S. Cannellos, Esq.
                    Milbank Tweed Hadley & McCloy LLP
                    One Chase Manhattan Plaza
                    New York, New York 10005
```

Pending before the Court are three motions: (1) a motion for protective order brought by Defendant Dawn M. Schlegel (docket entry # 109 in matter 05-4296) (2) a motion to strike the Amended Complaint brought by Defendant David H. Brooks (docket entry # 119 in matter 05-4296), (3) and an identical motion to strike brought by Defendant David H. Brooks (docket entry # 40 filed in matter 05-4331).

At two status conferences, Defendants represented to Magistrate Judge E. Thomas Boyle that the motions should be held in abeyance while the parties underwent settlement negotiations. This Court conducted a hearing for preliminary approval of settlement on

January 19, 2007.  At this hearing, the parties represented to the Court that any motions to dismiss were withdrawn without prejudice.  On March 13, 2007, Lead Plaintiffs filed another motion for settlement.

In light of the foregoing, the Court deems the above-stated three motions - the motion for protective order and the two identical motions to strike in matters 05-4296 and 05-4331 - deemed withdrawn without prejudice.  Should the matters fail to settle, the parties are given leave to re-file these motions.

The Court also notes that the parties continue to file documents in matter 05-CV-4331.  The parties should only file documents in two matters: the first being 05-4296 as the lead case for the class action and the second being 05-4345 as the lead case for the derivative action.  The parties should no longer file documents in matter 05-CV-4331 or any other related matters.  The Clerk of the Court is ordered to administratively close matter with docket number 05-CV-4331.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
       March  26 , 2007