UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re DHB INDUSTRIES, INC. CLASS : 2:05-cv-04296-JS-ETB
ACTION LITIGATION : CLASS ACTION
:
In re DHB INDUSTRIES, INC. DERIVATIVE : 2:05-cv-04345-JS-ETB
LITIGATION : DERIVATIVE ACTION
:
This document relates to: :
ALL ACTIONS : **NOTICE OF MOTION**
:
---------------------------------------------------------------- X

**PLEASE TAKE NOTICE THAT,** upon the annexed affirmation of Laura Anne Reeds, Esq. dated September 27, 2007, the exhibits annexed thereto, the annexed Memorandum of Law in Support of Objector D. David Cohen's Motion for Attorneys' Fees and Expenses, and all of the filings and appearances heretofore entered with respect to the above-captioned class and derivative actions, Objector D. David Cohen, will move this Court, at the Settlement Hearing on October 5, 2007, at 10:00 a.m., or as soon thereafter as counsel can be heard, at the Alfonse M. D'Amato Federal Building, United States District Court, 100 Federal Plaza, Central Islip, New York, for an Order pursuant to Federal Rule of Civil Procedure 23(h) awarding reasonable attorneys' fees and expenses to Carter Ledyard & Milburn LLP for their efforts to improve the Settlement.

**PLEASE TAKE FURTHER NOTICE THAT** Objector D. David Cohen reserves his right, pursuant to Federal Rule of Civil Procedure 23(h)(2), to object to any motion for attorneys' fees or expenses hereinafter made by counsel for the class

or derivative lead plaintiffs, and that attorneys' fees and expenses related to such objections, or to subsequent appeals or other proceedings in the above-captioned class and derivative actions, may necessitate the making of supplemental motions for the award of additional attorneys' fees and expenses.

Dated: September 27, 2007

New York, NY

*[signature]*

D. David Cohen
by his Counsel:
Carter Ledyard & Milburn LLP
By:

*[signature]*

2 Wall Street
New York, NY 10005
(212) 238-8820
(212) 732-3232
William F. Sondericker, Esq.
Gary D. Sesser, Esq.
Laura Anne Reeds, Esq.