Gary D. Sesser
William F. Sondericker
Laura Anne Reeds
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
(212) 732-3200

D. David Cohen, Esq.
LAW OFFICES OF D. DAVID COHEN
500 North Broadway Suite 133
Jericho, New York 11753
(516) 621-5813

Attorneys for D. David Cohen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :      2:05-cv-04345-JS-ETB
In re DHB INDUSTRIES, INC.                                   :
DERIVATIVE LITIGATION                                        :      **NOTICE OF APPEAL**
                                                             :
-------------------------------------------------------------X

    Notice is hereby given that D. David Cohen, an objecting shareholder of DHB Industries, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of Dismissal of Derivative Action with Prejudice entered in this action on the 8th day of July, 2008.

Dated:    August 5, 2008
            New York, New York

            CARTER LEDYARD & MILBURN LLP

            By: _/s/ Gary D. Sesser_____
            Gary D. Sesser
            William F. Sondericker
            Laura Anne Reeds
            2 Wall Street
            New York, NY 10005
            (212) 238-8820
            (212) 732-3232

_____
D. David Cohen, Esq.
500 North Broadway
Suite 133
Jericho, NY 11753
(516) 933-1700
(516) 033-8454